JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL ATTEUKENIAN dba POL ATTEU HAUTE COUTURE,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY, a New Hampshire Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06539-PA-MAR<br><br>Honorable Percy Anderson<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

On June 13, 2024, Plaintiff Paul Atteukenian ("Plaintiff") and Defendant Ohio Security Insurance Company ("Defendant" or "Ohio Security") (collectively, the "Parties") filed a Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a).

The Court, having considered the Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is dismissed in its entirety with prejudice; and
2. All parties shall bear their own attorneys' fees and costs.

Dated: June 13, 2024

_____
Percy Anderson
United States District Judge